## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 21-07755 |
| **LJUBOMIR TRKULJA**<br>Debtor | Chapter 7 |
| | Honorable Janet S Baer |
| | Set for October 1, 2021 at 11:00 a.m. |

### NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on October 1, 2021, at 11:00 a.m., I will appear before the Honorable Janet S Baer, or any other judge sitting in that judge's place and present the **Motion of Cynthia Kroft and Mark Kroft to Extend the Time to Object to the Discharge of the Debtor and/or Dischargeability Debt,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be on the motion, you can

- **appear by video** by using this link  https://www.zoomgov.com/ or
- **appear by telephone** by calling Zoom for Government at 1-669-254-5252 or 1-646-828-7666.

**Meeting ID and password**:  The meeting ID for this hearing is 160 731 2971 and the password is 587656.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully submitted,

Cynthia Kroft and Mark Kroft

By: /s/  Carleen L Cignetto
One of their attorneys

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

     I, Carleen L Cignetto, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on September 23, 2021.

       /s/ Carleen L Cignetto

## SERVICE LIST

### Electronic Mail Notice List

- **John M Holowach**    jholowach@jmhlegalgroup.com
- **Thomas E Springer** tspringer@springerbrown.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

### Manual Notice List

### US Mail

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Ljubomir Trkulja
222 Shorewood Drive, #GA
Glendale Heights, IL 60139

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 21-07755 |
| **LJUBOMIR TRKULJA** | Chapter 7 |
| | **Honorable Janet S Baer** |
| **Debtor** | **Set for October 1, 2021 at 11:00 a.m.** |

## AMENDED MOTION TO EXTEND TIME TO FILE
## OBJECTION TO DISCHARGE UNDER 11 U.S.C. §727 AND/OR
## DISCHARGEABILITY OF DEBT UNDER 11 U.S.C.§523

NOW COMES NOW COMES, Cynthia Kroft and Mark Kroft, ("Creditors") through their attorneys, Cindy M. Johnson, Carleen L Cignetto, Johnson Legal Group, LLC asks this Honorable Court to extend the time within which she must file an objection to the discharge of Debtor and/or dischargeability of debt. In support thereof, they state as follows:

1.      The deadline for filing complaints to object to discharge or dischargeability is September 24, 2021.

2.      Debtor appeared and was examined by the Trustee and Creditors' counsel at which time Trustee confirmed that books and records related to Viper Transportation, Inc. had been turned over to the Trustee in the Bankruptcy case of Debtor's business partner Vedran Cvijetic case number 21-07106, Frank J Kokoszka

3.      Trustee Kokoszka also confirmed the documents were in his possession.

4.      Creditors' counsel has made arrangements with Trustee Kokoszka for an initial review of the documents to determine if a complaint is warranted on September 29, 2021.

5.      Creditors require an extension of the date by which they must object to discharge or dischargeability to review the documentation to determine if there may be grounds to file a complaint objecting to Debtor's discharge or dischargeability of debt. Creditors requests a 60-day extension.

WHEREFORE, Creditors Cynthia Kroft and Mark Kroft ask this Honorable Court to enter an order extending the date by which they must file an objection to discharge or dischargeability of debt through and including November 23, 2021, and to grant such other and further relief as is just and equitable.

Respectfully submitted,

Cynthis Kroft
Mark Kroft, Creditors


By:   /s/ Carleen L Cignetto
One of their attorneys

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, IL 60603
(312) 345-1306