# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**LJUBOMIR TRKULJA**<br>Debtor | Case # 21-07755<br><br>Chapter 7<br><br>Honorable Janet S Baer<br><br>Set for October 1, 2021 at 11:00 a.m. |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on October 1, 2021, at 11:00 a.m., I will appear before the Honorable Janet S Baer, or any other judge sitting in that judge's place and present the **Motion of Cynthia Kroft and Mark Kroft to Vacate Order of Discharge and Shorten Notice,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be on the motion, you can
- **appear by video** by using this link  https://www.zoomgov.com/ or
- **appear by telephone** by calling Zoom for Government at 1-669-254-5252 or 1-646-828-7666.

**Meeting ID and password**:  The meeting ID for this hearing is 160 731 2971 and the password is 587656.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully submitted,

Cynthia Kroft and Mark Kroft


By: /s/  Carleen L Cignetto
One of their attorneys

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

      I, Carleen L Cignetto, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on September 28, 2021.

      /s/ Carleen L Cignetto

## SERVICE LIST

**Electronic Mail Notice List**

- **John M Holowach**   jholowach@jmhlegalgroup.com
- **Thomas E Springer** tspringer@springerbrown.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List**

**US Mail**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Ljubomir Trkulja
222 Shorewood Drive, #GA
Glendale Heights, IL 60139

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **IN RE:** | **Case # 21-07755** |
| **LJUBOMIR TRKULJA** | **Chapter 7** |
| | **Honorable Janet S Baer** |
| **Debtor** | **Set for October 1, 2021 at 11:00 a.m.** |

## MOTION TO VACATE ORDER OF DISCHARGE AND SHORTEN NOTICE

NOW COMES NOW COMES, Cynthia Kroft and Mark Kroft, ("Creditors") through their attorneys, Cindy M. Johnson, Carleen L Cignetto, Johnson Legal Group, LLC asks this Honorable Court to Vacate Order of Discharge and Shorten Notice state as follows:

1. The deadline for filing complaints to object to discharge or dischargeability was September 24, 2021.

2. On September 23, 2021, Creditors filed a Motion to Extend the date to file complaints objecting to Discharge and Dischargeablity under sections 727 and 523 of the Bankruptcy Code (the "Motion") Docket #12 and set the matter for hearing on October 1, 2021.

3. On September 27, 2021, a Discharge Order was entered.  Docket 14

4. Upon receipt of notice of the entry of the Discharge on September 28, 2021, Counsel for Creditors checked the Docket. Docket 12 in addition to a description of the Motion contains a clerks notation "PDF/Event Error, Filer Notified".

5. Docket 13 is a "CORRECTIVE ENTRY" for Docket 12 which indicates that the entry regarding there being an error in the filing of Creditors motion was in error.

6. Counsel for creditor received no notice of any error from the clerk's office regarding the Motion as indicated by the clerk in Docket 12.

7. Debtor's Discharge Docket 14 was entered in error as there was a timely motion to extend the time to object to discharge on file.

8. The Motion to extend time appears on the Court's docket for October 1, 2021.

9. 4 days' notice was provided of this motion was provided to all parties who received notice of Creditor's original motion.

WHEREFORE, Creditors Cynthia Kroft and Mark Kroft ask this Honorable Court to enter an order

a. finding that the Discharge order entered September 27, 2021, Docket 14 was entered in error;

b. vacating the Discharge order entered on September 27, 2021, Docket 14

c. entering the requested order on their motion to extend the date by which they must file an objection to discharge or dischargeability of debt filed September 23, 2021, Docket 12.

d. finding that the 4 days' notice provided is sufficient

e. granting such other and further relief as is just and equitable.

Respectfully submitted,

Cynthis Kroft
Mark Kroft, Creditors


By:  /s/ Carleen L Cignetto
One of their attorneys

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, IL 60603
(312) 345-1306