# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**LJUBOMIR TRKULJA**<br>         Debtor | Case # 21-07755<br><br>Chapter 7<br><br>Honorable Janet S Baer<br><br>Set for January 7, 2022 at 11:00 a.m. |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on January 7, 2022, at 11:00 a.m., I will appear before the Honorable Janet S Baer, or any other judge sitting in that judge's place and present the **Agreed Motion to Extend the Time for Cynthia Kroft and Mark Kroft to Object to the Discharge of the Debtor and/or Dischargeability Debt,** a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be on the motion, you can
- **appear by video** by using this link  https://www.zoomgov.com/ or
- **appear by telephone** by calling Zoom for Government at 1-669-254-5252 or 1-646-828-7666.

    **Meeting ID and password**:  The meeting ID for this hearing is 160 731 2971 and the password is 587656.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                  Respectfully submitted,

                                    Cynthia Kroft and Mark Kroft


                                  By: /s/  Carleen L Cignetto _____
                                         One of their attorneys

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

     I, Carleen L Cignetto, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on December 30, 2021.

      /s/ Carleen L Cignetto

## SERVICE LIST

**Electronic Mail Notice List**

- **John M Holowach**   jholowach@jmhlegalgroup.com
- **Thomas E Springer** tspringer@springerbrown.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List**

**US Mail**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Ljubomir Trkulja
222 Shorewood Drive, #GA
Glendale Heights, IL 60139

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **IN RE:** | **Case # 21-07755** |
| **LJUBOMIR TRKULJA** | **Chapter 7** |
| | **Honorable Janet S Baer** |
| **Debtor** | **Set for October 1, 2021 at 11:00 a.m.** |

**AGREED MOTION TO EXTEND TIME TO FILE
OBJECTION TO DISCHARGE UNDER 11 U.S.C. §727 AND/OR
DISCHARGEABILITY OF DEBT UNDER 11 U.S.C.§523**

NOW COMES NOW COMES, Cynthia Kroft and Mark Kroft, ("Creditors") through their attorneys, Cindy M. Johnson, Carleen L Cignetto, Johnson Legal Group, LLC and Ljubomir Trkulja through his counsel John M Holowach, JMH Legal Group, LLC ask this Honorable Court to extend the time within which Creditors must file an objection to the discharge of Debtor and/or dischargeability of debt. In support thereof, they state as follows:

1. The deadline for filing complaints to object to discharge or dischargeability is was extended to December 31, 2021 by order of this Court on November 19, 2021 [DKT 27].

2. Debtor and Creditors through their counsels have reached an agreement in principle that would negate the necessity of filing a complaint objecting to the Debtor's Discharge and/or Dischargeability of Creditors' debt.

3. The parties have agreed to an extension of the date by which Creditors must object to discharge or dischargeability to formalize and implement their agreement. The Agreement is for a 60-day extension.

WHEREFORE, Debtor and Creditors ask this Honorable Court to enter an agreed order extending the date by which Creditors must file an objection to discharge or dischargeability of debt through and including February 28, 2022, and to grant such other and further relief as is just and equitable.

        Respectfully submitted,

        Cynthis Kroft
        Mark Kroft, Creditors


        By: /s/ Carleen L Cignetto
        One of their attorneys

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, IL 60603
(312) 345-1306